777 A.2d 412

Jerome SILO, Appellant

v.

DEPARTMENT OF CORRECTIONS, Phillip Johnson, Joan Delie, Lee J. Mazur, Thomas J. Dempsey, Jr., and Dale Adair, Appellees.

No. 62 M.D. Appeal Docket 2001.

Supreme Court of Pennsylvania.

June 22, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 22nd day of June, 2001, the above captioned appeal is quashed. The Motion For Appointment of Counsel is dismissed.

777 A.2d 412

John HOLLAWELL, Appellant

v.

Frank D. GILLIS, Superintendent SCI Coal Township and William Ward, PBPP Chairman, and PBPP Members, et. al., Appellees.

No. 55 M.D. Appeal Docket 2001.

Supreme Court of Pennsylvania.

June 27, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 27th day of June, 2001, the direct appeal is quashed; the matter is treated as a Petition for Allowance Of Appeal and is denied.